**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leonardo RAMIREZ, Defendant–
Appellant.**

No. 03–40176.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 6, 2003.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

---

PER CURIAM.*

Leonardo Ramirez appeals his guilty-plea conviction for possession with intent to distribute more than five kilograms of cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). He argues that 21 U.S.C. § 841 is unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Both Ramirez and the Government have also addressed whether there is a timely notice of appeal presently before this court.

Even if jurisdiction exists, Ramirez cannot prevail in this appeal. Ramirez acknowledges that his argument that *Apprendi* rendered 21 U.S.C. § 841 unconstitutional is foreclosed by circuit precedent, but he wishes to preserve the issue for Supreme Court review. Ramirez's argument is foreclosed. *See United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir. 2000). Accordingly, we pretermit the jurisdictional issue in this case, and the judgment of the district court is AFFIRMED. *See United States v. Alvarez*, 210 F.3d 309, 310 (5th Cir.2000); *United States v. Weathersby*, 958 F.2d 65, 66 (5th Cir.1992).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.